IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN FERNANDO BELLID ACUNA,

    Petitioner,

v.                                                                        Civil Action No. **3:15CV408**

LORETTA E. LYNCH, *et al.*,

    Respondents.

## MEMORANDUM OPINION

By Memorandum Order entered on September 17, 2015, the Court conditionally docketed Plaintiff's action. On October 1, 2015, the United States Postal Service returned the September 17, 2015 Memorandum Order to the Court marked, "RETURN TO SENDER," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                              /s/
                                                        M. Hannah Lauck

Date: OCT - 8 2015                     United States District Judge
Richmond, Virginia